IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROGER G.,

        Plaintiff,

  vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. 3:25-cv-151

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 13); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,325.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

---

This Social Security case is before the Court on the parties' unopposed, joint stipulation for an award of attorney's fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $4,325.00.  Doc. No. 13.  The parties agree that an award of $4,325.00 in attorney's fees fully satisfies and settles any and all claims Plaintiff may have under the EAJA in this case.  *Id.*

For good cause shown and in light of the parties' unopposed, joint stipulation, the Court: (1) **GRANTS** the parties' unopposed, joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $4,325.00. This case remains **TERMINATED** on the docket.

        **IT IS SO ORDERED.**

July 10, 2026                        s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge